# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

133172

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ALPINE VALLEY SKI AREA LEASING, INC.,
and SKIING UNLIMITED, INC.,
        Plaintiffs-Appellants,

v

                                             SC: 133172
                                             COA: 260787

RICHARD ZONER and BILL'S TREE &
COMPANY, INC.,
        Defendants-Appellees.
                                             Oakland CC: 2003-050671-CZ

_____/

      On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

t0416